# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HAWER ARENAS, et al.,**

                   **Plaintiffs,**

**-vs-**                                        **Case No.  6:05-cv-1029-Orl-28KRS**

**N.E.P. PAINTING, INC., CLARENCE SPRUILL, SR.,**

                   **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO STRIKE ANSWER OF DEFENDANT, N.E.P. PAINTING, INC. (Doc. No. 14)** |
| **FILED:** | **October 5, 2005** |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

On July 13, 2005, Hawer Arenas, Wilfredo Cruz, Truman Diggins, Jon Josephson, Ricardo Miranda, and Ernesto Ramos (collectively "the plaintiffs") filed a complaint against N.E.P. Painting, Inc., (NEP) and Clarence Spruill, Sr., (collectively "the defendants") in which they each asserted claims for breach of contract and violations of the minimum wage provisions of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq*.  Doc. No. 1.  The complaint was served on NEP and Spruill in July 2005.  Doc. Nos. 3, 4.  Thereafter, Spruill filed a letter with the Court on behalf of NEP addressed to the plaintiffs' attorney,[1] which letter the Court has treated as Spruill and NEP's answer to the complaint.  Doc. No. 5.

The plaintiffs request that the Court strike this document to the extent that it has been construed as NEP's answer to the complaint on the basis that Spruill is not a licensed attorney authorized to practice

---

[1] Spruill is the President of NEP.  Doc. No. 5.

law before this Court.² Doc. No. 14, at 2. "The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel. . . . [This] . . . rule applies even where the person seeking to represent the corporation is its president and major stockholder." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) (internal citations omitted).

NEP and Spruill are advised that the document cannot serve as NEP's answer to the complaint because Spruill may not represent NEP in this case. *See Palazzo*, 764 F.2d at ; M.D. Fla. L.R. 2.03(d). It is **ORDERED** that if NEP wishes to defend itself in this case, it shall retain counsel who shall file and serve an answer on its behalf, which answer is due on or before **October 31, 2005.**

The Clerk of Court shall revise the docket entry regarding the letter to reflect that it is the answer to the complaint only on behalf of Spruill, individually. The Clerk of Court also is directed to mail a copy of this Order to NEP at the following address:

    Attn:   C.E. Spruill, Sr.
    N.E.P. Painting, Inc.
    Post Office Box 560516
    Montverde, Florida 34756

**DONE** and **ORDERED** in Orlando, Florida on October 12, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

² Spruill is not a member of the Florida Bar or the bar of this Court.