UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HAWER ARENAS, WILFREDO CRUZ,
TRUMAN DIGGINS, JON JOSEPHSON,
RICARDO MIRANDA, ERNESTO
RAMOS,

                **Plaintiffs,**

-vs-                                            Case No. 6:05-cv-1029-Orl-28KRS

N.E.P. PAINTING, INC., CLARENCE
SPRUILL, SR.,

                **Defendants.**

## ORDER

This case is before the Court on Plaintiffs' Motion for Entry of Default Final Judgment against Defendant, N.E.P. Painting, Inc. (Doc. No. 23) filed February 2, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 27, 2006 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiffs' Motion for Entry of Default Final Judgment against Defendant, N.E.P. Painting, Inc. (Doc. No. 23) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 16th day of March, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party