# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HAWER ARENAS, WILFREDO CRUZ,
TRUMAN DIGGINS, JON JOSEPHSON,
RICARDO MIRANDA, ERNESTO
RAMOS,

                **Plaintiffs,**

-vs-                                                Case No.  6:05-cv-1029-Orl-28KRS

N.E.P. PAINTING, INC., CLARENCE
SPRUILL, SR.,

                **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **JOINT MOTION FOR ENTRY OF CONSENT FINAL JUDGMENT (Doc. No. 52)**
>
> **FILED:**       December 4, 2007
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

      This case was brought under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq*. In *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982), the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised

when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness." *Id*. at 1353.

Defendant N.E.P. Painting, Inc. filed for bankruptcy after the commencement of this case. The bankruptcy was discharged with no distribution of assets. Therefore, it appears that the case as to Defendant N.E.P. Painting, Inc. should be dismissed with prejudice.

In the Joint Motion for Entry of Consent Final Judgment, Plaintiffs and Defendant Clarence Spruill, Sr. request that the Court enter consent final judgments in the amounts that the plaintiffs requested in their answers to the Court Interrogatories, doc. nos. 10 through 13, plus an equal amount as liquidated damages. When, as here, a case is resolved by payment of the full amount of wages allegedly due under the FLSA, the proposed stipulated judgment is a fair and reasonable resolution of a bona fide dispute over the FLSA.

Accordingly, I respectfully recommend that the Court direct the Clerk to enter judgments in favor of each plaintiff against Defendant Spruill in the amounts reflected in the motion.[1] I further recommend that the Court dismiss the case against Defendant N.E.P. Painting, Inc. with prejudice. I further recommend that the Court direct the Clerk to close the file after an order of dismissal is entered.

Failure to file written objections to the proposed findings and recommendations contained in

---

[1] The proposed consent final judgments do not appear to be in proper form as the Court generally does not issue a separate judgment for award of attorneys' fees and costs. In addition, the judgments should provide for interest at the statutory rate rather than the "highest rate allowable by law."

this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 9, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy