UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HAWER ARENAS, WILFREDO CRUZ,
TRUMAN DIGGINS, JON JOSEPHSON,
RICARDO MIRANDA, ERNESTO
RAMOS,

                Plaintiffs,

-vs-                                    Case No. 6:05-cv-1029-Orl-28KRS

N.E.P. PAINTING, INC., CLARENCE
SPRUILL, SR.,

                Defendants.

## ORDER

This case is before the Court on the Joint Motion for Entry of Consent Final Judgment (Doc. No. 52) filed December 4, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 9, 2008 (Doc. No. 53) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Entry of Consent Final Judgment in favor of Plaintiffs and against Defendant Clarence Spruill, Sr. is **GRANTED**.

3.  The case against Defendant N.E.P. Painting, Inc. is **DISMISSED WITH PREJUDICE**.

4.  The Clerk is directed to enter judgment in favor of Plaintiffs as follows:

| | | |
|---|---|---|
| Hawer Arenas: | $ 576.80 | Wages Owed |
| | $1,153.60 | Liquidated damages |
| | $1,182.50 | Attorney's fees and costs |
| | Interest at the statutory rate | |
| Wilfredo Cruz: | $ 329.60 | Wages Owed |
| | $ 659.20 | Liquidated damages |
| | $ 1,182.50 | Attorney's fees and costs |
| | Interest at the statutory rate | |
| Truman Diggins: | $ 741.60 | Wages Owed |
| | $ 1,483.20 | Liquidated damages |
| | $ 1,182.50 | Attorney's fees and costs |
| | Interest at the statutory rate | |
| Jon Josephson: | $ 618.00 | Wages Owed |
| | $ 1,236.00 | Liquidated damages |
| | $ 1,182.50 | Attorney's fees and costs |
| | Interest at the statutory rate | |
| Ricardo Miranda: | $ 412.00 | Wages Owed |
| | $ 824.00 | Liquidated damages |
| | $ 1,182.50 | Attorney's fees and costs |
| | Interest at the statutory rate | |
| Ernesto Ramos: | $ 618.00 | Wages Owed |
| | $ 1,236.00 | Liquidated damages |
| | $ 1,182.50 | Attorney's fees and costs |
| | Interest at the statutory rate | |

5.  After entry of the judgments as set forth above, the Clerk is directed to close the file.

DONE and ORDERED in Chambers, Orlando, Florida this 31 day of January, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party